UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mimi's Rock, Inc. et al,

                Plaintiffs,

-against-

Keith Marz et al,

                Defendants.

1:19-cv-06815 (DLC) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday November 25, 2019 at 2:30 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

SO ORDERED.

DATED:    New York, New York
               November 15, 2019

_____
STEWART D. AARON
United States Magistrate Judge