UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
MIMI'S ROCK, INC. AND DTI GMBH,      :    19cv6815(DLC)
                                     :
                         Plaintiffs, :    ORDER OF
             -v-                     :    DISCONTINUANCE
                                     :
KEITH MARZ AND MARZ SPRAYS, LLC,     :
                                     :
                         Defendants. :
                                     :
------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/2019

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **December 27, 2019**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         November 26, 2019

                                    _____
                                           DENISE COTE
                                    United States District Judge